IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ERNEST WILLIAMS, #1120728 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-092 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| DIRECTOR OF TDCJ-CID | § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on July 7, 2007. Petitioner has filed his Objections to the Report and Recommendation in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** Petitioner's requests for an evidentiary hearing (Instrument Nos. 14 & 16) are **DENIED**; and that the Petition for a Writ of Habeas Corpus of Ernest Williams (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 8th day of August, 2007.

_____
Samuel B. Kent
United States District Judge